Willis **CORNETT**, Appellant,

v.

Dorothy L. **WILDER** et al., Appellees.

Court of Appeals of Kentucky.

May 13, 1960.

G. E. Reams, Harlan, for appellant.

James S. Greene, Jr., Harlan, for appellees.

PER CURIAM.

We are considering a motion for appeal from separate judgments entered in this

multiple claim action. The facts, questions raised, authorities cited, and applicable law have been carefully considered by the court, and it finds no prejudicial error. We shall observe, however, that KRS 412.-030 provides a remedy for the enforcement of contribution between joint tort-feasors.

The motion for an appeal is overruled and the judgments entered herein stand affirmed.